UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 3398 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| BRIAN RIX, NATHALIE GREGERSON, | ) | |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and Agreed Order of Dismissal entered by and between Plaintiff Jeffrey Blackburn and Defendants Brian Rix, Nathalie Gregerson, and the City of Chicago.


Respectfully submitted,


| | |
|---|---|
| /s/ Matthias D. Gill | /s/ Sheri Wong |
| Attorney for Plaintiff, Jeffrey Blackburn | Assistant Corporation Counsel |
| Hoey & Farina, PC | Attorney for City of Chicago Defendants |
| 542 South Dearborn Street, Suite 200 | 30 North LaSalle Street, Suite 900 |
| Chicago, Illinois 60605 | Chicago, Illinois 60602 |
| (312) 939-1212 | (312) 742-4045 |
| Attorney No. 6282953 | Attorney No. 6291090 |
| | |
| Date: December 22, 2015 | Date: December 22, 2015 |